IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH CERTAIN EMAIL ACCOUNTS THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC | 1:21MJ193-1 |

## ORDER

This matter is before the Court on a Motion by the United States to unseal the search warrant materials in the above-captioned case. Based on the information presented, the Court finds that the unsealing is warranted at this time.

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Clerk of Court is directed to unseal the search warrant materials in the above-captioned case.

_____
HONORABLE JOE L. WEBSTER
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF NORTH CAROLINA

Date: February 26, 2024