☑ Original     ❑ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina



| In the Matter of the Search of | ) |
|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| Information associated with certain email accounts that is stored at premises controlled by Google LLC | ) |

Case No. 1:21MJ193-1

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

   See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

   See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____6/10/2021_____ *(not to exceed 14 days)*
❑ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____the Honorable Joe L. Webster_____
*(United States Magistrate Judge)*

❑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❑ for _____ days *(not to exceed 30)*   ❑ until, the facts justifying, the later specific date of _____

Date and time issued:   5/27/2021  12:22pm

_____
*Judge's signature*

City and state:   Durham, North Carolina

Joe L. Webster, United States Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>1:21MJ193-1 | Date and time warrant executed:<br>5/27/2021 @ 4:58pm | Copy of warrant and inventory left with:<br>N/A |

Inventory made in the presence of :
  N/A

Inventory of the property taken and name(s) of any person(s) seized:

Records were received from Google, LLC as per the attached letter from Google, dated 7/13/2021.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/20/2024

_Joseph M. Duracinsky_
Executing officer's signature

Joseph M. Duracinsky, Special Agent, DCIS
Printed name and title



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

July 13, 2021

Special Agent Heather Ferris
Department of Defense - Defense Criminal Investigative Service
3200 Beechleaf Court, Suite 810
Raleigh, NC 27614

**Re: Search Warrant dated May 27, 2021 (Google Ref. No. 5954863)**
*2020000125*

Dear Special Agent Ferris:

Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *SHANEWOLFE@INSECTSHIELD.COM, DAVIDBROWN@INSECTSHIELD.COM, RICHARDLANE@INSECTSHIELD.COM, EMMYDOWNS@INSECTSHIELD.COM, ANDYKENNEDY@INSECTSHIELD.COM, SHANNONRIDGE@INSECTSHIELD.COM, AARONHOLCOMB@INSECTSHIELD.COM, GWALROND@INSECTSHIELD.COM,* as specified in the Search Warrant. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

To the extent that you have requested data related to the Google Chat service, and the target account participated in a Chat Room owned and controlled by a Google Workspace customer, included in the production is information sufficient to identify (a) the Workspace customer domain that owns and controls the Chat Room and records associated with the same; (b) the Workspace-owned Chat Room in which the target account participated; and (c) the date the target account joined the Workspace-owned Chat Room. [1]

---

1    See the UserInfo.zip file, where [obfuscated_customer_id] indicates if a Chat Room is owned and controlled by a Workspace customer, and the domain of the [inviter_user] identifies the Workspace customer. If you wish to obtain Chat records associated with the target account that are owned and controlled by the Workspace customer, please use the information provided in this production to either request that information directly from the Workspace customer, *see Seeking Enterprise Customer Data Held by Cloud Service Providers,* U.S. Dep't of Justice (Dec. 2017), https://www.justice.gov/criminal-ccips/file/1017511/download, or to obtain appropriate legal process that identifies the Workspace-owned Chat Room and the Workspace customer domain for



To the extent that the Google account(s) targeted in the legal request have associated Google Pay profile(s), included in the production is the target's Google Pay Customer Info, which includes the billing instrument number in the format Visa-DEBIT-1234. If you wish to obtain the full billing instrument number associated with the target account(s), please email uslawenforcement@google.com (a) with the Google Reference Number, (b) the target account(s) for which additional records are requested, and (c) the specific request language that you believe entitles the legal process to such records. We will review your request promptly upon receiving additional information from you and provide you with any responsive information. Please note that Google does not store unmasked billing records for Google accounts without Google Pay profiles.

For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,

Stephanie Givens
Google Legal Investigations Support

---

those records.



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *SHANEWOLFE@INSECTSHIELD.COM, DAVIDBROWN@INSECTSHIELD.COM, RICHARDLANE@INSECTSHIELD.COM, EMMYDOWNS@INSECTSHIELD.COM, ANDYKENNEDY@INSECTSHIELD.COM, SHANNONRIDGE@INSECTSHIELD.COM, AARONHOLCOMB@INSECTSHIELD.COM, GWALROND@INSECTSHIELD.COM,* with Google Ref. No. 5954863 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result.  The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Stephanie Givens_____          Date: July 13, 2021
(Signature of Records Custodian)


   Stephanie Givens
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

**Attachment A: Hash Values for Production Files (Google Ref. No. 5954863)**

aaronholcomb@insectshield.com.554631275600.Calendar.Calendars_001.zip:

MD5- 1df163afade81585d02e92910f129b1e
SHA512-
2e7aaeef9c85b3266b7a60d462cddd81ce960565b30c6be2b8f7836c5556a10ca79d842a1efda7996
c3612e0a18834ca49e547580fd7e3bb7767d87768b80d69

aaronholcomb@insectshield.com.554631275600.GoogleAccount.SubscriberInfo_001.zip:

MD5- d5fa76ba04de3046196c92e335aaff70
SHA512-
3689b17d213d8e1ad1bde8898609ff2cfff5a64caf89cc31e4684329beb17b9932333cfea91dc2a5ac
0a2e482a7f042842cfc075ce18cff601934f18943b6eb0

aaronholcomb@insectshield.com.554631275600.GooglePay.CustomerInformation_001.Preserve
d.zip:

MD5- 6b5f11ac74e5f5aa3eab41c680c47bfe
SHA512-
dcf78aa196ff53a7a1f4e92762a7c133f1c00653c90439b84d28f97505158b758476680aca1a517e59
3b99884ba0d73e27abf1ee8d34f863c392912509c2ca4b

aaronholcomb@insectshield.com.554631275600.GooglePay.CustomerInformation_001.zip:

MD5- fa8ac741b84664362adce891b0c523d4
SHA512-
5d9e398ab13e12609ecbe6bdf01f0905bbeec823edfca413c3920e361b13e0f4bc19b0198dbe3aaeb1
092ad4a15c4db0eb50a1c6fec07d7548d0ed9e1e75271a

aaronholcomb@insectshield.com.554631275600.GooglePhotos.PhotoResource_001.Preserved.zi
p:

MD5- a1208db625b2af2a5eb88c67aec182a3
SHA512-
9677ea052e7df561d6fd720c269a476c59ad3dd451909788a4a96a9255c7926a9893e62b5cd8dd8ee
9920cb6f2af4803c8b093e873968eb4afa64cb305fc52f3

aaronholcomb@insectshield.com.554631275600.GooglePhotos.PhotoResource_001.zip:

MD5- e8493b3bd7c191c1d979b22690f5d215
SHA512-
c31d20d06aea65a91503986b84745c34f01c93f139455f345a9aa5329ca1c0fc6303c7ce13f7ea8907
12f0f22bc2514f200268f992df24229eeb6a2e0c2fcc4e

aaronholcomb@insectshield.com.554631275600.Preserved_001.Calendar.Calendars_001.zip:

MD5- 6c761044bebd7fc21aea5919afa1fcf5
SHA512-
808bb7d61b1f80fc1fda33888b299091700cb40952b1421ce3f0e5acf84d75fb222aa604f114faaa342
743920263744c2e285eaa98ecb579b4b2d21c8a3f2154e

aaronholcomb@insectshield.com.554631275600.Preserved_001.GoogleAccount.SubscriberInfo_
001.zip:

MD5- 36ea2494ed6eac0e08e9aac6f847534c
SHA512-
c0e7137ecdd08acfa74c4321712f9b6e469a66448018bf3a51521321f9c249c13dd97de6423dbd43e
99aca0781f736c201f5806c6107bdf767ed479e2ba6eb6b

aaronholcomb@insectshield.com.Gmail.Contacts.Preserved.vcf:

MD5- d639fd958c993f8466f16493b4780738
SHA512-
fb544a62313fcbcb1230455a70faf7821a0521832372c50e974f91670e5548828450485f463ee6c9f7
d5e97d6c0601199f5ca741595903b1b9dc5d463a7b463f

aaronholcomb@insectshield.com.Gmail.Contacts.vcf:

MD5- 99cdde78265ae5e2cee5b267ba756ccb
SHA512-
1b772460a9799513a5a0e4b34e519be2799627e151365dd71e5eec5bb26bb5fefa5d05a2967ad438f
0274c7d2e0cdf69f34e561b18c6d1b206be23bf5f698df0

aaronholcomb@insectshield.com.Gmail.Content.000.Preserved.mbox:

MD5- 85ac79b14770608c5fedb7c02ddee366
SHA512-
06a1bb5120d4871d3ab26e202e329818aff8851e031fb3a9d8ed56fe1111543905854107e3e510188
ee15fc818a1bfded051e936ecc5ea89705e218ee3e7cb87

aaronholcomb@insectshield.com.Gmail.Content.000.mbox:

MD5- b27e1433a2aa453979d2d33509329afc
SHA512-
a3df8c8ea397726bda7a7520520e46a4eccac5b3f05020d75ecebff3f08be42df4b71b42b002e04bd6
3c26d1e4fed8be1994a470c6fd4bf0239bfa9f85f9580c

aaronholcomb@insectshield.com.Gmail.Content.001.Preserved.mbox:

MD5- c49a373f5dadd26460976506cb730328
SHA512-
0d79a370a0a39ebbe5221197857ae18f5049c9c96df744839e8227cc2504540c45779ee644cd1af56
a8d22ec5fb5854e005f41502e0df7f1d018ce17ecde7542

aaronholcomb@insectshield.com.Gmail.Content.001.mbox:

MD5- 6af26e4e0d4e5ffbbbeaa58d3b950c1e
SHA512-
20805a1ca39d401a87aa47af4a15f01be7ec44278098cac15a34de2cd973ef4c9550b7fdfc037ea4b5
4d41416eb49999862f94dc272065fa56bdb5742b8439c8

andykennedy@insectshield.com.216484535438.Calendar.Calendars_001.zip:

MD5- 58fb2cebbfe17f09efc5d473e47d91b8
SHA512-
ecad55843bbe532163f0296deb9d409c1bc90dc2d6ffd4b53e6c658b7a9982f2b1711bf6fb7b75a3da
689334fd8bd3bfbd24b5d6d674647f82fef22640607614

andykennedy@insectshield.com.216484535438.GoogleAccount.SubscriberInfo_001.zip:

MD5- 2f8b777e0c5a8f2e4c63deea86f154cf
SHA512-
68fd79d641b84ff4ea4551527120597be42a35ba4deffb260427cebbe4624a58c6d2af290afe84d902
fb0d80d6b22c32f53b4e690358e14be8d20244aa051bbb

andykennedy@insectshield.com.216484535438.GooglePay.CustomerInformation_001.Preserved.
zip:

MD5- 9b3a1dd11feef1090ed482e12f7cef88
SHA512-
ed51ba05c1fe22e159363430c8ef979e3c5f1ff0889ddd6795abc2585866b641854d519172e4af8ae9
b8cb25dbd789587d945893653a1df2966091fe46ea2d3e

andykennedy@insectshield.com.216484535438.GooglePay.CustomerInformation_001.zip:

MD5- 405047a5c709309b49b09fb580a99688
SHA512-
908d5774fb44126e44c5ec3f62bea88351af2e98255993742833fe70e8eed23004c5b3dae9388aae2
54b3ceccd148fd1b23e1106b5566c297dca7cd40462c976

andykennedy@insectshield.com.216484535438.GooglePhotos.PhotoResource_001.Preserved.zip
:

MD5- 529a6b84f781f92b5c5c4317a4897954
SHA512-

604b319045eb364decfcc42468af7a2ccc75e3b643a90d021958094c9c079dcb8d586dabac6528c54
5351fa5f171b41fdee820dc8351a7062a93aa1afbe795bf

andykennedy@insectshield.com.216484535438.GooglePhotos.PhotoResource_001.zip:

MD5- 111746c1aba0b8203cb716d9f842773f
SHA512-
69d810daf45d934c43307639c5ae937ac6bcb63c587907dee1125cb218ad657f5c799a0afe732f735
e5ee5721e14982e69acea8d5f242f8624605d2a63f71454

andykennedy@insectshield.com.216484535438.Preserved_001.Calendar.Calendars_001.zip:

MD5- c613367866e2d0542b6adeef16a20a0a
SHA512-
76ff975bc63c7366aadd424bf379b0bcf163c5fe014d3b5f0d62cd4701138379d25986ad1710d146e
9fceebac6bcea1a47f73488356f1ed400aad1ad977761fc

andykennedy@insectshield.com.216484535438.Preserved_001.GoogleAccount.SubscriberInfo_0
01.zip:

MD5- 64dc43f837930d228be8b9134eccdf7b
SHA512-
a1102f1c75d1e369798b7bc0f6fe1a08099df98204113c6f8657a1461fa96559455fe9b34f049903c8
a3e32a4c12f34ca278281964cd6eba507508a087731f78

andykennedy@insectshield.com.Gmail.Contacts.Preserved.vcf:

MD5- 565aa8afcafaa8eba3efbb7fae2b08de
SHA512-
f6c052d52cc83d3dc258a51ec4555a29da933b16745ae25c87c76fc343ef8c8a1bb58c0f085958db5
5e1aadb4d049a09480757492e2de1eedade8195594fb074

andykennedy@insectshield.com.Gmail.Contacts.vcf:

MD5- fd6804a4365f4b0e19515090ece24039
SHA512-
25f6906ed35d68c9fb0c33dc1c2faf9a3215cdd854714423dab7549407907967763a3a1be7f3b7092
764a70a1af6d388a8045a65c17b8310aba6b1a4f804e554

andykennedy@insectshield.com.Gmail.Content.Preserved.mbox:

MD5- 3960950bb0fdf5eed887f84587c36098
SHA512-
691ca6b3cc3d7cfd3b80f06d7ee971ecacfb5ce2ea0186a76a4e662695b7deb51423afd2e39e54df1b
6fc85d976cc9e1a115ce0f67ebf2deb5dc44b27a3c05cd

andykennedy@insectshield.com.Gmail.Content.mbox:

MD5- d73d0acc0205f9d43ff7611d0d8300d3
SHA512-
d56a7c217a53e4e01ab7c2f5e00460b3e92c07ca776e934bc7b55b52e5683d246872a4157f3330a4e
1802b829f76f48f9b4f3f296f265976cbfec084050c456a

davidbrown@insectshield.com.905771096422.Calendar.Calendars_001.zip:

MD5- 7ad6c53a69d26dbceeab204b2cd288ec
SHA512-
290b61cc317643be14095ad17fda37621610b40cf9f1e4742f5f9e7bcc46085dc0c7167ce5617a112
6aae5e85bbe4f40119be2f532bf258b370b29561f455ce0

davidbrown@insectshield.com.905771096422.GoogleAccount.SubscriberInfo_001.zip:

MD5- 09043321fc2dd0a0701a8ab5ef2b1d7e
SHA512-
0585b9d193844c5ff66ef1beb9ae1d953549bad6e4639d5d283c57e49703aec3dcfaf69575f026d604
47bff5ab4b1eb7c60a4753f3238fe1e019fba30ca52e7a

davidbrown@insectshield.com.905771096422.GooglePay.CustomerInformation_001.Preserved.z
ip:

MD5- ad704678bb8a971ce35a74d077cb05d7
SHA512-
ad9697d1c353005c6f9441914f9bf0bd96cd019486d03bf71e6e02fe4da94d8815d5b80a6530c3a6b
9d231d1743fb487eba88961d61620332173fd6f3d12a5d7

davidbrown@insectshield.com.905771096422.GooglePay.CustomerInformation_001.zip:

MD5- 8e2c3568850cfaeb944a777a34066e17
SHA512-
03ff5b3300dd55fa1547106875a8cf6c945ced31d8130318bd76dd1f587f4c5b8365e19d15a39efb1d
d9aaccc585fe9e64517ea78f8096c2523a0260c4c0805e

davidbrown@insectshield.com.905771096422.GooglePhotos.PhotoResource_001.Preserved.zip:

MD5- 2c0188a84594fa47a55b938e1bcf64ce
SHA512-
376ca45c0931fdd327d01cf3b1990286e52707594483a6e53f32e9002384244d4568e79c0e81f4a94
513b2359c3248409b7f7f85722490989449e9fb2afef0d9

davidbrown@insectshield.com.905771096422.GooglePhotos.PhotoResource_001.zip:

MD5- fcdb8360803ab52100a10dd233e9150e

SHA512-
ff9a056bc5468a88e49d45f97ff54da5a0bfe503eccdb3a888beeecd373daea2a0bf95616c19abd93f0
647b94e6a9daa7101ad4e8eedc6efe2fa9fb59527daf1

davidbrown@insectshield.com.905771096422.Preserved_001.Calendar.Calendars_001.zip:

MD5- d57b9179c5e40c22bae23431969b0a67
SHA512-
5ba7969d958df0552033306a811b6e1f8cd3c443e8b3f63f7ccc01175bf79592ccd3babcf67111f166
f7edfb963151a42e7d52b62e8ad72dd2771911b879ae9e

davidbrown@insectshield.com.905771096422.Preserved_001.GoogleAccount.SubscriberInfo_00
1.zip:

MD5- 6ade2e5b61f5b71dbda39e8de35e0aa3
SHA512-
8f9ea0cf7244eb9b7c3193f1351fd9408d7b9b5202466db69016a4978bbda25822fe1d9acdd5765f9
98b8af16d5f4c3a29f2292ccd2f07272e04cc74efb82e39

davidbrown@insectshield.com.Gmail.Contacts.Preserved.vcf:

MD5- 74b521bf5ce646f8e726c9b8e9ca34db
SHA512-
49da75c51f42536b5f5fb28555ca3cef7568bd939965abba5084ee826f716774cd4143a467110b37c
5fb29f81a19dd7f7a8a0686aa66e25223ed7f643ac4d18d

davidbrown@insectshield.com.Gmail.Contacts.vcf:

MD5- b31ee1e492c691a810ffddc2991f4d74
SHA512-
f7a57b60bf2d137554fc0060e614d954d52b49e2ceab462ca013bbcd5bb894701c61efaa007e54146
3f091fc4e967bea19416caf97e2c6d7f0316a9bb3e5bce4

davidbrown@insectshield.com.Gmail.Content.Preserved.mbox:

MD5- 2b3df5d2efea603f0ce994cfb9b6c516
SHA512-
1def54e27d578111d0408bdc4cfb6d591e019de15bdf406b984744aa183e12cfc0b7d53b815e5f2aa
350317a64a1fc0e37c223f790a0ddbc49eb3e67564dfbfc

davidbrown@insectshield.com.Gmail.Content.mbox:

MD5- 3c7f315fe220ad8a1a98883c87d91a5d
SHA512-
931bee72cb50aa909833f14707afbf462f58ae20b67a4ae0e41751651b7cd2b435eea78191625df379
08f4b8874917e9ec38a5798a9183cbf9d6ff8c7a5fb563

emmydowns@insectshield.com.295692058047.Calendar.Calendars_001.Preserved.zip:

MD5- bf8301c0f386110f3f72b64a8aac008d
SHA512-
165c09793b5435a8f741d9147a67b0e9eab8d838fd7e8088209cbd7a3b540ca48c75526e6099a7cdf
3e1b66566a095014a9851f76d218143d81a420e3387cdfc

emmydowns@insectshield.com.295692058047.Calendar.Calendars_001.zip:

MD5- 933ea2e7c80202d74568aadecba8392b
SHA512-
25d9c01df8fb2cb3db275ece4064a3b090aa02124867864df728ac53633214c6cd057ea170ea6447c
582109a5aa253285e11c618cc6e400d2d56fc78764a3bfe

emmydowns@insectshield.com.295692058047.GoogleAccount.SubscriberInfo_001.zip:

MD5- 14eafd214f8d96272cf104b140905ee3
SHA512-
6de919da80d1032b9a92a3ff97bb4461e8632b6684cac746bc6ce5b1a811baa156567afea6cfce57df
f2db7c2621fde3284704ac6a04d3fdfb21a931918781df

emmydowns@insectshield.com.295692058047.GooglePay.CustomerInformation_001.Preserved.
zip:

MD5- 1808bc54c29cf7fc4045fdf83e3849ca
SHA512-
6f382dcdd5d54cd169ad0bf47d9a0588ab13be75ba3cb90087c4607d99cdf484000cb9df650ed3ee8
1c2b2ea9e7df01d16fafc7c6512b5c86f90837486594c17

emmydowns@insectshield.com.295692058047.GooglePay.CustomerInformation_001.zip:

MD5- cf1296a731ae2a64fb322e2cd1e15e33
SHA512-
4909a4762f1cea360e8f06804ec5b265a7c65cdacfdf51d2106103a2f5a3c880f5107b77e8a79e0ae3f
e8da314732e46141369d4a623d48fbce4d69efc37a1af

emmydowns@insectshield.com.295692058047.GooglePhotos.PhotoResource_001.Preserved.zip:

MD5- e48ca0db3945988527689f94300e7eca
SHA512-
29df005051b33136b6ddea85af24b10616711261948d31392d3d5807a29c4aa2267ede66194cb7dd
6cba540e433f7d2aa1af8ec7a46efc25b2993cc86c8b53ba

emmydowns@insectshield.com.295692058047.GooglePhotos.PhotoResource_001.zip:

MD5- 0bc1ae01650d20a6fc4d36de48ca1b82
SHA512-
e3d098e27f0706349ebb466eb31344afc9422f87d1f63eb8cb17580e542a970e7a733e4bfb10babaf5
fec6320acbe85db6b0172c2f64d09816f4ecd828c882a5

emmydowns@insectshield.com.295692058047.Preserved_001.GoogleAccount.SubscriberInfo_0
01.zip:

MD5- f1e77b99320e30a2f2d972cd60bf7b0a
SHA512-
4c3bbb2f9e02a11150ed18abe2b2dbfcb6ed6476ff93bfbb9ae3179f29e4716fa7f10a2a5f02bcba859
703af0a12594a6a54bbdc4011d9bfdfeb645cbfa8ee0a

emmydowns@insectshield.com.Gmail.Contacts.Preserved.vcf:

MD5- d41d8cd98f00b204e9800998ecf8427e
SHA512-
cf83e1357eefb8bdf1542850d66d8007d620e4050b5715dc83f4a921d36ce9ce47d0d13c5d85f2b0ff
8318d2877eec2f63b931bd47417a81a538327af927da3e

emmydowns@insectshield.com.Gmail.Contacts.vcf:

MD5- d41d8cd98f00b204e9800998ecf8427e
SHA512-
cf83e1357eefb8bdf1542850d66d8007d620e4050b5715dc83f4a921d36ce9ce47d0d13c5d85f2b0ff
8318d2877eec2f63b931bd47417a81a538327af927da3e

gwalrond@insectshield.com.51001861885.Calendar.Calendars_001.zip:

MD5- 2ddbd6286570f4629664c1c775c56499
SHA512-
1da861812e1e3dd4d7d5339685150c86a35a98f228b75e6a8b6938846b499065c1d3fc6005f392bb
a751b0ff717ef61702cce1d82b94e3eea88f230b845d543b

gwalrond@insectshield.com.51001861885.GoogleAccount.SubscriberInfo_001.zip:

MD5- 26be495a1e87e9f9572db36d7ca530d7
SHA512-
1b6f887b3eb5ebc3f1e3093fe9db7b8e988495abfad0d06078107633c9184978bf3783adae39fc9c71
244cfe319d48cf3418156d78cfb3b65b6773834b1cc9b3

gwalrond@insectshield.com.51001861885.GooglePay.CustomerInformation_001.Preserved.zip:

MD5- 7e5fc13bb29430874d9f131bd1f5c834
SHA512-
4b0b98748e2fb69c29bd68a8bbbb4e272bcf3bfdbb01b61e9e89d950e153fdb47b3ca6db4e5c3b03e

fbdccf1f70a32910e736550f1367ef4674de050b0fc5fe3

gwalrond@insectshield.com.51001861885.GooglePay.CustomerInformation_001.zip:

MD5- c863bcc32440c0987b56c7b764b6175c
SHA512-
af8e94f73caa472dff2c87c0c3173bfb2d67d3b1c9b550399df16ab318d19a4ff9499a3e5744dc8af65
add144d5eb4ad61b6780111a5b1c7b2d9335c1c2e99ae

gwalrond@insectshield.com.51001861885.GooglePhotos.PhotoResource_001.Preserved.zip:

MD5- 229e27a81e77c14a7ac9d67e9d198d92
SHA512-
59bdef8fdac66f6e7047a7f109023068a1da508f03ce8ab479c43ed6e6e4178645d64237c8572213af
b7f891ecf974df1362207cdf158b975939950110474658

gwalrond@insectshield.com.51001861885.GooglePhotos.PhotoResource_001.zip:

MD5- 3d222a2e999246f8f274fd12e71a8fce
SHA512-
ae7655798c0265a86e11944b876230b8a463214e2dea6c881b9059cdafa111150703283e0423d3b3
274a37d0a8605abba5dae5ff0ed50941cd3458fd3bf4ce3f

gwalrond@insectshield.com.51001861885.Preserved_001.Calendar.Calendars_001.zip:

MD5- c2f0ec8ba94d396c7b0f3ce404a49021
SHA512-
3db90a7840166177b98e6eb3f9989d71b8f67f4ccc813826d989e25b074d0ebc1af21053a5d0fdb1c
f08aa773bdfc6fdd3915e67da7d4b3203358a59a1da46a0

gwalrond@insectshield.com.51001861885.Preserved_001.GoogleAccount.SubscriberInfo_001.zip:

MD5- 2b81b5a9186c9e3b4a216ed588f070c3
SHA512-
9d15f0db85351149090f22e609a9db11343dbdfc6d0327067c0811926a69c72a6fc107ede1a97ef20
b6f44e30fcd9456eb031c0e9989a2e528f990d4bf936692

gwalrond@insectshield.com.Gmail.Contacts.Preserved.vcf:

MD5- 8e0a06a4abe1fe4f6c0241bfb8caaf32
SHA512-
90757444a8fb169a806e251e8145b98d2aa83ee0033842c2244cafd0e89147a31cb588e8202fba758
068ae651555249bf9a21f1e7d4496d7f13552c32bead976

gwalrond@insectshield.com.Gmail.Contacts.vcf:

MD5- bbd791bb0ce88c3abed25163ada9a6e9
SHA512-
06995cb442292f321db772f946b039e89080220117525697690180a4e0ba0508ef1a87d6d413b9d1
ecd6445fc2aea715787707bd5495821a210592b950d58872

gwalrond@insectshield.com.Gmail.Content.Preserved.mbox:

MD5- 278138241d4d15eede5a3d2d41e31b96
SHA512-
20d835955b99fbb7c30a916f1be048ed36be857ff12410c69edb70c2dcf5534df7558704be25515a3
40336064569b7458f55e9fc6b3763548c68bf95708f3df7

gwalrond@insectshield.com.Gmail.Content.mbox:

MD5- 9dda21cc3602f26946556997aa8d0300
SHA512-
42229526306dee194a9f18bbd3b4d4a17f4cf6c44191b1995b18c089be6ec0613dea9ee1d43c37a15
12677b933bebec0e7f53127145c2be54e1dd9675d92060d

richardlane@insectshield.com.768690570692.Calendar.Calendars_001.zip:

MD5- 9846d52b8d11c5829c87c0204ad4c8ba
SHA512-
94821f9ea84ecc0d900fbb78ab23a52e0d1b180389085010d1cb70c37737107c9c70b6708e54cbdae
fa87d95c9bb02e472d6acc32516f41ac0420b547b18a628

richardlane@insectshield.com.768690570692.GoogleAccount.SubscriberInfo_001.zip:

MD5- 8767330dc0371543d42f9c0ef6cfae22
SHA512-
1eff1465f62f3be15ae4c07eb3d71ea2f9cf9c294306f3e191e151fbc0b9bb17aca4912eb269628f733
486320a9ca8f4795ef2c2ae997b756af6922ee0f2d19c

richardlane@insectshield.com.768690570692.GooglePay.CustomerInformation_001.Preserved.zi
p:

MD5- 9951b50f26c3bcb718902b358bb075b9
SHA512-
6c60b6af40e81631a32de5bbf7d5aea5878012f1dcbfe2859e796ecc0b4ba3728aa4217d44639bb5d
3fa11944c6488edc3eebee9dd1c8c5a0dc23c315582b68b

richardlane@insectshield.com.768690570692.GooglePay.CustomerInformation_001.zip:

MD5- 0f8fca3ba0b740ee2de5ec0c09c0f77e
SHA512-

e014b46d25b84f21a78d882d3acad7083bb621a47cd85970f5e2abd6dbbbaedcea20549af5d43fd2c
352352780153c9ce63b8fa6c73b37866b8dc31c1dd68bdc

richardlane@insectshield.com.768690570692.GooglePhotos.PhotoResource_001.Preserved.zip:

MD5- 5ba83c2d7385b7429a4dc52bd131982a
SHA512-
504ce03084b787e154fb8f4d5bec9ead8b79f305953ecd6ff1888dfbb40e41fd20e11877d95b6f51e2
d4902d156c374977c36b4e97e0bcfe1bda820f09a310be

richardlane@insectshield.com.768690570692.GooglePhotos.PhotoResource_001.zip:

MD5- a362edff4553b3d530e6fa03d71ae0a7
SHA512-
facdae3e05e8de20d31814d37f773f3b654f4b0596f53dcc0fc110d240d23630d190c30652225ce6fb
567528097c41c7ec2df39b5285baaa1705a69535072f01

richardlane@insectshield.com.768690570692.Preserved_001.Calendar.Calendars_001.zip:

MD5- aa131c8fc7176d339856321f1cad7a32
SHA512-
db3abdb81e462e5a7fe99254e24045b3279dc1e50918b14b7796a9e288da7abd01db062c95eef461e
54947536f8c3e96923908d3a9fcc2221f20291348cdc5a2

richardlane@insectshield.com.768690570692.Preserved_001.GoogleAccount.SubscriberInfo_00
1.zip:

MD5- 18ca7f24bdcae5decea8d544fde95c5c
SHA512-
9b3acc0f730f82bec7ced08555f631708596bb52b0db0f03b4f85ab62a28dde91ca8b599c40a7840d
18a69bf100a6bc1efecb957ee6e98503f00845b933b2b6c

richardlane@insectshield.com.Gmail.Contacts.Preserved.vcf:

MD5- 08b907dbdab74a029a600d5bd73dec7b
SHA512-
b6914f425024c5effa9cfedfbb17b1fb012774a55f91ff731a642abf835e884759c44216c5b8b564ade
e43a0b54624b0a7558fb224b32bb403d8ab05d9dafc80

richardlane@insectshield.com.Gmail.Contacts.vcf:

MD5- 58c6b12348dea5b99559c031ac45917f
SHA512-
a4d123cfa21559dc48234ec8a386a33a37ce74ebb2a5336b4c2e7afde204c11c42ada627efeb3374ab
d1f903a644cf6b45865fe20b6f8ee8a9bf20c790897617

richardlane@insectshield.com.Gmail.Content.Preserved.mbox:

MD5- a0bd2ac464f662f6d6946c0348ca288b
SHA512-
ec444ffc7d9f51ddf0a5377ade988b983b9aef2a2d2cec929d84f7957897aa86560dceba8e8c235f587
3daf35684694ad5b5a17affba19991d40b786da1b9c39

richardlane@insectshield.com.Gmail.Content.mbox:

MD5- cf64a8a143ad9a5019da8ab188c050ae
SHA512-
ea1a98dba0a010c32d9d7b1eea22920f9a06631798238ad13f2b528f3d74b852de8d22c57354476ca
babeda5f8828c431b87103772e38a75910fd0b5d52a33d1

shanewolfe@insectshield.com.544084676476.Calendar.Calendars_001.zip:

MD5- 00bb2d6833e33f3d850b63c4c83c751b
SHA512-
d619bfdc1fb5a2ed97fac13bb317095ef4ccff83c69638113d9ca5c0fd952e09846eb161453733355b
3461e304689698923f8b9117225aab20a2e2f4df3d807f

shanewolfe@insectshield.com.544084676476.GoogleAccount.SubscriberInfo_001.zip:

MD5- d619347d4e8a227f65406c4df9d4ba24
SHA512-
7c6ac5b4ddcdb510f35d227a771bc559d740932eaba734efa923a12d5c295d7d213a903f2091d10ed
c28094e1fb104d34cb4e170a247cd16fa0fd692860f6991

shanewolfe@insectshield.com.544084676476.GooglePay.CustomerInformation_001.Preserved.zi
p:

MD5- 124967d62d600c071f5a6a5c9acd55d2
SHA512-
a9d01f032f83a3ef79537a11ccd45896d69bf3f1bd72868198a5786e88b5af605b3aa9bb869f4c28c3
7cc23b6b1f6fc2413445f6108f5fb0f41bbb45c4609211

shanewolfe@insectshield.com.544084676476.GooglePay.CustomerInformation_001.zip:

MD5- 651379025c0e4399cf2d63ee242cd88f
SHA512-
073ce64a845fa7738aa22d2a7146d67c792e0df0f0e2e0bede7ae0c0401465dbbb3a94ff4c9aa248a2
b25538de51185a22ef25f7ba8eaa433b03d06d122a253a

shanewolfe@insectshield.com.544084676476.GooglePhotos.PhotoResource_001.Preserved.zip:

MD5- e7666340181492af7b00a63afd2ed77d

SHA512-
5616a15614c983ecdc2e043cebc1df054c374ba625c797e6f564005834e480cf161ea1bd4d19b5560
e3b2c31c4cc49f07f1acf3314bb8e5c37302e11461c9a30

shanewolfe@insectshield.com.544084676476.GooglePhotos.PhotoResource_001.zip:

MD5- 83a9237c7a24b8f83cfff82eeaa6aebd
SHA512-
2bfe3698634c45c2ada5f28b2b21ae68ecf42605cde70a46f875180f50b5eca67eebff498eba7d3f671
04d88c8df7078a68479b30f3cd6b923dc8bba40f05fb2

shanewolfe@insectshield.com.544084676476.Preserved_001.Calendar.Calendars_001.zip:

MD5- 953107590e7174b7e7452eb7f3a49e72
SHA512-
29a498c71338cb409b488b32ddbb1786b7f8a1940c41ccca86be96c7ef1d00396200b70d6df20883
b362f3872ceee50df8c7b392c388b0204b09734718d9df8c

shanewolfe@insectshield.com.544084676476.Preserved_001.GoogleAccount.SubscriberInfo_00
1.zip:

MD5- 43df33b39fd6d91d3c8fda5c39eeeb01
SHA512-
fdaee28af95efa41f422d39ae1ed1ebef00f3497701fd85c271f84e26909aa592f76c3274f53a232042
d3413d44fb1e36277805a240ce517236b3e029e420139

shanewolfe@insectshield.com.Gmail.Contacts.Preserved.vcf:

MD5- 8eeaaec81306c97b641b9c502e00a068
SHA512-
38a051be4bf1bb723dfbfd4df3fdc0c6e873643aeaee3f76cd97903610863cef31bce0c4521f51a32e6
66d14857d307ba279c9e2498c25161cc336e92902c584

shanewolfe@insectshield.com.Gmail.Contacts.vcf:

MD5- 51328d6b6e4301c03d1dbb07d587d1f5
SHA512-
8704a1456f12ff1c72cefbb61dec1006134fac6cb618c11126ced6e1d95639dfa33b783fd522a762fd
05349519763dfe611a6cdd303c4ffe8854e870aac732dd

shanewolfe@insectshield.com.Gmail.Content.000.Preserved.mbox:

MD5- 82ea0e639f1a1f8df9e1bbf1c0c4c30f
SHA512-
ee081b241407b2390a66919f6ef0c8bafee9483a437f7cffc009acb9e2e955978784f30a0dd5560379
2bf76d5b301f7be55f7cb2e7d3bc163621f6cfdfe35245

shanewolfe@insectshield.com.Gmail.Content.000.mbox:

MD5- 4eba7cff3c2a4fea90355526beeffbc2
SHA512-
dd444c20d0612e4a01e74e8b66fc9cf83665b022944d37758788ffdf3d6e8176de271b64370ade93b
7ad2f75dddcecc3400fb435e10568091526c89450a4c4ba

shanewolfe@insectshield.com.Gmail.Content.001.Preserved.mbox:

MD5- f8de6454614f6ff1d0e3a8b4e5a6a707
SHA512-
377a96b8b9f422a00c06cac38c3aa6ad1cfbd5501c1e00af96bf8292b18fc45e57e69e6c3587762581
fcaa63150eb301d170fe849d1c45697cf87eeaa4fbd807

shanewolfe@insectshield.com.Gmail.Content.001.mbox:

MD5- d522b9e333b0e073e5aa6f1aef4b8d21
SHA512-
80d794edd0d74f5e7e0939b890b066c03305aaa4f8c35d39b2a26915cb4bcc869ae8e5c41f7f3bf823
2199d75eefbe8adab8877f2bf806e7830b3dc31704439a

shannonridge@insectshield.com.642375895509.Calendar.Calendars_001.zip:

MD5- 38228faa6ba1f0fa1aa507cde78b81e6
SHA512-
fcfdfbf421e0364e0ca8f6df62f00b4cea3da01a31f290b7ce8d03a36836ecd532186f837151897f6e5
71f78eb260370cba02c99564261205f05eafaad192f67

shannonridge@insectshield.com.642375895509.GoogleAccount.SubscriberInfo_001.zip:

MD5- a6506ee8903b3a6e5574c3fe8828417d
SHA512-
cb8803b676f46a3fd55ae320f0b582419091405d9ea77f08c5388fbd602033bfe25fbd2a6a182d5edd
f609ddb29ef48001afe9b7630ff0cbf6a7a8232ba0d2a0

shannonridge@insectshield.com.642375895509.GooglePay.CustomerInformation_001.Preserved
.zip:

MD5- c4f20670b27fc7efe4624676ea9b9350
SHA512-
982f888fcd3e6c94a5ba5102bf65085ba52aa07c8ac341096de21eb02aef0841eb3325558d442d9bb
a94fe8355668e021915697660d9fa2cca4ae523d57ae9b6

shannonridge@insectshield.com.642375895509.GooglePay.CustomerInformation_001.zip:

MD5- 68bef9f62673d6fefcd0b2cf8790e225
SHA512-
425ca2541fe71e984bf158b254e0f35a02d7c579d2c1471fde190210870f9695d5a73c0d5f27a53e50
b43461853b3e5f4cc6f39a18adff861254741fe4e446cb

shannonridge@insectsshield.com.642375895509.GooglePhotos.PhotoResource_001.Preserved.zip
:

MD5- 4c76a806d5d43e84ed142e1c24798faf
SHA512-
fb342670dd4279c0d1eda24a1585e00e8ac81365a5dd71aa85b9e44491903b2e04d149984bfb2c78
172a93942f0b9831cf3a94ad8fbb057db19fc72e915c0b6c

shannonridge@insectsshield.com.642375895509.GooglePhotos.PhotoResource_001.zip:

MD5- c73659ac650de310ba82a988cddf1443
SHA512-
47c72ae6bdfd9111930f2b26c55dbc7f303d9f78bdf55d1fd28db91e0459579a6ea77070f5c229d919
6da79153642fbfe4cdf43677dab88b0ae69784b09bfedf

shannonridge@insectsshield.com.642375895509.Preserved_001.Calendar.Calendars_001.zip:

MD5- 4e1d86fcf94884d6c787040e1ecd94ed
SHA512-
7b05374defa84ae07f7e6bce4a161761a7b460bdc549ab64d4bc359cef24167bc2c8efeeac3ffdb2b7e
f0098c7849f52cb94d89fab6c1871b85980617f7caf5d

shannonridge@insectsshield.com.642375895509.Preserved_001.GoogleAccount.SubscriberInfo_0
01.zip:

MD5- a0124d021b23bfe3140d4e92eced3e1c
SHA512-
c8b4d2e831b66ac645a3fcfddc110eea67e5c038fd33ad73ccae9619756ffe8d3ce7d0356f4debf0c67
49fd18fbae82c0568d3b2115845a51c9044de0fb898f1

shannonridge@insectsshield.com.Gmail.Contacts.Preserved.vcf:

MD5- eeb488a78c5e1739eb6eb06dc3c3c93b
SHA512-
0e1855246dba74b03d206948cb86233621e7b12925af6396619e6877b36b6bb09cf8dd432d69c17f
1edb64c94b913eba0cd7ac80d44bb122dc0ad767a8c1affe

shannonridge@insectsshield.com.Gmail.Contacts.vcf:

MD5- 96004142107cab82e26e16b6f287ffbb
SHA512-


a53751a9fd746e979b360f4191c6d7c63c51a83bb81a2cf5d0be9202e2850e62e144817ced27bafc3
70eb5b330ab9221520d27691cebaf396634821ff8d49334

shannonridge@insectshield.com.Gmail.Content.000.Preserved.mbox:

MD5- 4fae06d1bdb396ddde5b6de632a62f70
SHA512-
565b256edff54af1b362fbec716e96e2bc474a7908f00685f0239b4791d41ecf31c438d764f3b531a9
4874c808cdab5cdaa0fefac465291af3ce1173fb4a7b70

shannonridge@insectshield.com.Gmail.Content.000.mbox:

MD5- dc906d5bf2e4d0f318725d8645ad4e23
SHA512-
1b55757157542bbc33450a54541d9d48c49f91b409e627228389a4b4fee260c19ee6b8c8c23ebc28
211042bb67c39a271fe78ccdc6ef9472988c464e53981578

shannonridge@insectshield.com.Gmail.Content.001.mbox:

MD5- d04e4d2b6c2bda3cf030fa8777dc2ca4
SHA512-
e88e5893b8d4dc3810c9390112329e138d3d001d24dc91b5b560d940aa9852c8a0dce5f861e7bc60
06d0004cd8be8942f4c67d29c8bdbfbb0064b82cca881483